# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 8, 2020

_____

RESPONSE REQUESTED

_____

No. 20-10,    In re: Richard Tipton
3:92-cr-00068-DJN-1

TO:    United States of America

RESPONSE DUE: **06/15/2020**

Response is required to the motion for authorization to file successive application for post-conviction relief on or before **06/15/2020.**

Emily Borneisen, Deputy Clerk
804-916-2704