No. 20-10

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

IN RE RICHARD TIPTON, III,

Movant.

_____

CAPITAL CASE

**NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO FILE REPLY
AND INTENT TO FILE REPLY TO GOVERNMENT'S RESPONSE TO
APPLICATION TO FILE A SUCCESSIVE § 2255**

_____

Movant, Richard Tipton, III, hereby submits this Notice to the Court of his

intent to file, on June 22, 2020, a Motion for Leave to File a Reply to the

Government's Response to Application to File a Successive § 2255 (hereafter

"Reply"), accompanied by his proposed Reply.

[Signatures – Next Page]

Respectfully submitted on this, the 19th day of June, 2020.

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

CERTIFICATE OF SERVICE

I certify that on this 19th day of June, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

This 19th day of June, 2020.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
Counsel for Richard Tipton, III

3