No. 20-10

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

IN RE RICHARD TIPTON, III,

Movant.

_____

CAPITAL CASE

**MOTION FOR LEAVE TO FILE REPLY TO
UNITED STATES' RESPONSE TO MOTION FOR AUTHORIZATION
TO FILE A SUCCESSIVE MOTION PURSUANT TO 28 U.S.C. § 2255**

_____

Pursuant to Federal Rule of Appellate Procedure 27, Movant Richard

Tipton, III, respectfully requests leave to file the attached Reply to the United

States' Response to the Motion for Authorization (Appendix A).[1] While the

Federal Rules of Appellate Procedure and this Court's local rules do not

specifically address the filing of a reply in support of a Motion for Authorization

under Local Rule 22(d), the former generally afford a party seeking relief the

opportunity to reply to any opposition. *See, e.g.*, Fed. R. App. P. 27(a)(4)

_____

[1] Mr. Tipton's counsel conferred by email with Richard Cooke, counsel for
the Government, on June 22, 2020, and is authorized to state that the Government
does not object to his filing a reply brief.

(permitting reply to response to a motion); Fed. R. App. P. 28(c) (permitting a reply brief).

Given that the Government's Response did not address the question before this Court—whether Mr. Tipton has made the prima facie showing necessary to authorize him to file a successive § 2255 petition—and instead focused exclusively on a premature and inapposite analysis of the merits of the claims that petition would present to the District Court, a reply is appropriate.

Respectfully submitted on this, the 22nd day of June, 2020.

/s/ Gerald W. King, Jr.

Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

2

CERTIFICATE OF SERVICE

I certify that on this 22nd day of June, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

This 22nd day of June, 2020.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
Counsel for Richard Tipton, III

3