No. 20-10

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

IN RE RICHARD TIPTON, III,

Movant.

_____

CAPITAL CASE

**MOTION TO HOLD IN ABEYANCE PENDING DECISION BY THIS
COURT IN *TAYLOR V. UNITED STATES***

_____

On February 12, 2020, this Court granted a certificate of appealability in the

matter of *United States v. Taylor* to address the following question: "whether an 18

U.S.C. § 924(c) (2018) conviction is subject to vacatur where the indictment

charged multiple predicates, one of which is invalid." Order, No. 19-7616 (Feb. 12,

2020 4th Cir.).

As this Court's decision in *Taylor* could inform its adjudication of Mr.

Tipton's motion for authorization, he respectfully requests that it hold that motion

in abeyance until *Taylor* has been decided.[1]

_____

[1]Mr. Tipton's counsel conferred by email with Richard Cooke, counsel for
the Government, on June 22, 2020.  The Government opposes Mr. Tipton's request
to hold this matter in abeyance.

Respectfully submitted on this, the 22nd day of June, 2020.

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Ga. Bar No. 140981
Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmansanders.com

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

2

CERTIFICATE OF SERVICE

I certify that on this 22nd day of June, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

This 22nd day of June, 2020.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
Counsel for Richard Tipton, III

3