**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 23, 2020

_____

RESPONSE REQUESTED
_____

No. 20-10,    In re: Richard Tipton
3:92-cr-00068-DJN-1

TO:    United States of America

RESPONSE DUE: **06/25/2020 by 12:00 p.m.**

Response is required to the motion for abeyance on or before 06/25/2020 by 12:00 p.m.

Emily Borneisen, Deputy Clerk
804-916-2704