No. 20-10

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

IN RE RICHARD TIPTON, III,

Movant.

_____

CAPITAL CASE

**REPLY TO UNITED STATES' RESPONSE TO MOTION TO HOLD IN
ABEYANCE PENDING DECISION BY THIS COURT IN
*TAYLOR V. UNITED STATES***

_____

In opposing Mr. Tipton's Motion, the Government ignores the only question

properly before this Court–whether a decision on Mr. Tipton's case is sufficiently

related to this Court's pending decision in *United States v. Taylor* to justify holding

these proceedings in abeyance.  Instead, the Government's Response misstates

relevant procedural precedents and again relies upon a premature and incorrect

merits analysis.

First, the Government is wrong that Mr. Tipton's claims are not related to

*Taylor*.  This Court has repeatedly acknowledged that the question in *Taylor* is

important and relevant to cases involving multiple predicate offenses.  *See, e.g.*,

1

Order, *In re Timothy Wallace*, No. 20-254 (May 29, 2020 4th Cir.) (holding case in abeyance pending decision in *Taylor*); Order, *United States v. Myers*, No. 20-6336 (Apr. 1 2020 4th Cir.) (same); Order, *United States v. Triggs*, No. 16-7774 (Mar. 9, 2020 4th Cir.) (same).

Further, the Government attempts to discount *Taylor* to irrelevance because it involves a guilty plea.  Response, ECF No. 13, at 2.  But this Court applies the modified categorical approach in the same way to both jury trials and guilty pleas. *See United States v. Vann*, 660 F.3d 771, 774 (4th Cir. 2011) (*en banc*) (in jury trials, "a defendant convicted under a conjunctively charged indictment cannot be sentenced" absent a special verdict form that identifies the factual bases for conviction in excess of "the statutory maximum for the 'least-punished' of the disjunctive statutory conduct."); *see also, e.g.*, *United States v. Mathis*, 932 F.3d 242, 266–67 (applying the modified categorical to jury trial); *United States v. McCall*, No. 3:10CR170-HEH, 2019 WL 4675762, at *6–7 (E.D. Va. Sept. 25, 2019) ("[T]he potential that McCall may have been found guilty by the jury based on co-conspirator liability is precisely why the Virginia offenses may not serve as valid predicate violent felonies for § 924(c) in this case.").

Next, the Government repeats the errors contained in its response to Mr. Tipton's Motion for Authorization and urges this Court to conduct a premature and erroneous merits analysis of his proposed Section 2255 motion. As Mr. Tipton

2

detailed in his reply, a merits analysis is not before this Court and, even so, the Government's assessment of the merits is incorrect. Reply ECF No. 11 at 2-11. Accordingly, those considerations have no bearing whatsoever on this motion.

Finally, the Government warns that granting Mr. Tipton's Motion to Hold in Abeyance will somehow discard the 30-day deadline to rule on Mr. Tipton's Motion for Authorization, before itself acknowledging that this Court has the authority to exceed those 30 days. Response, ECF No. 13, at 1. It also ignores that this Court has, in fact, held in abeyance cases subject to this 30-day deadline for motions for authorization. *See In re Vial*, 115 F.3d 1192, 1194 n.3 (4th Cir. 1997); *In re Phillips*, 879 F.3d 542, 543 (4th Cir. 2019) (placing defendant's motion in abeyance for two years, pending review of a district court's decision).

For the reasons set forth above, Mr. Tipton respectfully requests that his case be held in abeyance until *United States v. Taylor* is resolved by this Court.

(Signatures – Next Page)

3

Respectfully submitted on this, the 30th day of June, 2020.


*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.                          Stephen Northup
Ga. Bar No. 140981                           VSB #16547
Jeffrey Lyn Ertel                            Troutman Sanders LLP
Ga. Bar No. 249966                           P.O. Box 1122
Federal Defender Program, Inc.               Richmond, Virginia 23218-1122
101 Marietta Street, Suite 1500              (804) 697-1240
Atlanta, Georgia 30303                       (fax) (804) 698-5120
404-688-7530                                 steve.northup@troutmansanders.com
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

                                             Frederick R. Gerson
                                             VSB #39968
                                             Durrette Arkema Gerson & Gill, PC
                                             Bank Of America Center
                                             1111 East Main Street, 16th Floor
                                             Richmond, VA 23219
                                             (804) 482-1121 (direct)
                                             (804) 823-2611 (fax)
                                             fgerson@dagglaw.com


Counsel for Richard Tipton, III.

4

CERTIFICATE OF SERVICE

I certify that on this 30th day of June, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

This 30th day of June, 2020.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
Counsel for Richard Tipton, III

5