No. 20-10

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN RE RICHARD TIPTON, III,

Movant.

CAPITAL CASE

**MOTION TO HOLD IN ABEYANCE PENDING DECISION BY THIS COURT IN *UNITED STATES V. DICKERSON.***

Richard Tipton, III, respectfully moves this Court to continue holding the above-captioned matter in abeyance pending its decision in *United States v. Dickerson*, No. 20-6578. In support of that motion, Mr. Tipton states as follows.

Mr. Tipton has asked this Court to authorize his filing a successive motion for habeas corpus relief in the United States District Court for the Eastern District of Virginia. (Doc. 2, hereinafter "Section 2255 motion.") He contends that his convictions and sentences for using a firearm in

relation to a "crime of violence" or drug trafficking crime in violation of 18

U.S.C. § 924(c) (Counts 20 and 26) must be set aside in light of the Supreme

Court's decision in *United States v. Davis*, __ U.S. __, 139 S. Ct. 2319 (2019),

which has rendered them unconstitutional. *Id.*

On June 22, 2020, Mr. Tipton moved this Court to hold this matter in

abeyance pending its decision in *United States v. Taylor*, No. 19-7616. (Doc.

10.)  Noting that Taylor posed the question of "'whether an 18 U.S.C. §

924(c) (2018) conviction is subject to vacatur where the indictment charged

multiple predicates, one of which is invalid,'" Mr. Tipton argued that this

Court's decision in *Taylor* "could inform its adjudication of Mr. Tipton's

motion for authorization." *Id.* (quoting Order, *Taylor*, No. 19-7616 (Feb. 12,

2020 4th Cir.)).  This Court granted Mr. Tipton's motion on July 15, 2020.

(Doc. 19.)

On October 14, this Court issued a decision resolving *Taylor* on

grounds that did not require addressing the question highlighted by Mr.

Tipton's motion.  *See United States v. Taylor*, No. 19-7616, Doc. 55, at 2 n.1,

2020 WL 6053317, at *1 n.1 (4th Cir. Oct. 14, 2020).  Pending before the

Court now, however, is *Dickerson*, in which that question is the only one

presented.

As *Dickerson* will resolve the question for which this Court previously granted an abeyance, Mr. Tipton respectfully moves this Court to continue holding his application in abeyance pending that decision. Mr. Tipton notes that this Court has already entered orders holding similarly-situated matters in abeyance pending *Dickerson*. *See, e.g.*, Order (Doc. 13), *United States v. Walker*, No. 20-6367 (Oct. 26, 2020); and Order (Doc. 14), *United States v. Myers*, No. 20-6336 (Oct. 28, 2020).[1]

(Signatures – Next Page)

---

[1]Mr. Tipton's counsel conferred by email with Richard Cooke, counsel for the Government, on October 28, 2020. The Government opposes Mr. Tipton's request to hold this matter in abeyance.

Respectfully submitted on this, the 28th day of October, 2020.

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.                    Stephen Northup
Ga. Bar No. 140981                     VSB #16547
Jeffrey Lyn Ertel                      Troutman Sanders LLP
Ga. Bar No. 249966                     P.O. Box 1122
Federal Defender Program, Inc.         Richmond, Virginia 23218-1122
101 Marietta Street, Suite 1500        (804) 697-1240
Atlanta, Georgia 30303                 (fax) (804) 698-5120
404-688-7530                           steve.northup@troutmansanders.com
(fax) 404-688-0768
Gerald_King@fd.org
Jeff_Ertel@fd.org

Frederick R. Gerson
VSB #39968
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

4

## CERTIFICATE OF SERVICE

I certify that on this 28th day of October, 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
Counsel for Richard Tipton, III

5