# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 28, 2020

_____

RESPONSE REQUESTED
_____

No. 20-10,    In re: Richard Tipton
             3:92-cr-00068-DJN-1

TO:    United States of America

RESPONSE DUE: 11/09/2020

Response is required to the motion for abeyance on or before 11/09/2020.

Emily Borneisen, Deputy Clerk
804-916-2704