FILED: November 17, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-10
(3:92-cr-00068-DJN-1)

———————————

In re: RICHARD TIPTON, a/k/a Whittey

Movant

———————————

O R D E R

———————————

For reasons appearing to the court, this case is placed in abeyance pending a

decision by this court in *United States v. Ortiz-Orellana*, No. 16-4844.

For the Court

/s/ Patricia S. Connor, Clerk