# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 24, 2021

_____

RESPONSE REQUESTED

_____

No. 20-10,    <u>In re: Richard Tipton</u>
3:92-cr-00068-DJN-1

TO:    Richard  Tipton

RESPONSE DUE: 06/03/2021

Response is required to the United States' motion to remove application from abeyance and deny application on or before 06/03/2021.

Emily Borneisen, Deputy Clerk
804-916-2704