No. 20-10

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

IN RE RICHARD TIPTON, III,

Movant.

---

**CAPITAL CASE**

**MOVANT'S UNOPPOSED MOTION FOR AN EXTENSION OF
TIME TO FILE HIS RESPONSE TO THE GOVERNMENT'S MOTION
TO REMOVE APPLICATION FROM ABEYANCE
AND DENY APPLICATION.**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure,

Movant Richard Tipton III, by and through undersigned counsel,

respectfully moves this Court to extend his time for filing a response to the

Government's motion to remove his application from abeyance and deny

his application by thirty (30) days, through and including July 6, 2021, as

the Supreme Court of South Carolina has now scheduled one of

undersigned counsel's clients for execution and could imminently schedule

another. The Government does not oppose this motion. This is Movant's first request for an extension of time to file this pleading. In support of his motion, Movant states as follows:

1.     Movant has applied for authorization to file a successive motion under 28 U.S.C. § 2255(h)(2) that challenges his convictions and sentences for using a firearm in violation of 18 U.S.C. § 924(c) in light of the Supreme Court's decision in *United States v. Davis*, __ U.S. __, 139 S. Ct. 2319 (2019), which has rendered them unconstitutional. (DE 2.) On November 17, 2020, this Court entered an order placing Movant's application into abeyance pending its decision in *U.S. v. Juan Ortiz-Orellana*, No. 16-4844. (DE 24.) On May 24, 2021, the Government filed a motion to remove Movant's application from abeyance and deny his application. (DE 25.) On May 24, 2021, this Court issued a notice directing Movant to respond to the Government's motion by June 3, 2021.

2.     Undersigned counsel hereby moves this Court to extend his time for filing that response by thirty (30) days based upon extraordinary circumstances. Yesterday—May 27, 2021—the Supreme Court of South Carolina dissolved its order staying the execution of Brad Keith Sigmon and rescheduled his execution for June 18, 2021. See Attachment 1. Lead

2

counsel Gerald King represents Mr. Sigmon and must devote the time between now and June 18 to preparing for Mr. Sigmon's executive clemency proceedings and any additional litigation necessary to protect his constitutional rights. Further, as the Supreme Court of South Carolina stayed the execution of another of Mr. King's clients, Freddie Owens, for the same reasons that it stayed Mr. Sigmon's[1], he must prepare for the dissolution of that stay as well. Mr. King must also attend to numerous professional obligations in other capital matters, his impending home sale, and his family's move to North Carolina.

3. While Mr. King and his co-counsel have worked diligently to complete this response, the logistical challenges posed by Mr. King's emergent obligations necessitate this request for an extension.

---

[1]Both executions were stayed after the South Carolina Department of Corrections (SCDC) notified the Supreme Court of South Carolina that it did not have the means to carry them out by lethal injection. The Supreme Court of South Carolina dissolved Mr. Sigmon's stay after SCDC notified it that, "[b]ased on the recent amendment to S.C. Code Ann. § 24-3-530," SCDC "now has the ability to carry out the execution in this case" by electrocution. See Attachment 1 at 1.

4.      Mr. King has conferred with counsel for the Government, Richard Cooke, and is authorized to state that the Government does not oppose this extension motion.

WHEREFORE, Movant Richard Tipton III respectfully prays that this Court extend his time to file his reply in support of his remand motion by thirty (30) days, through and until July 6, 2021.

Respectfully submitted on this, the 28h day of May, 2021.

*/s/ Gerald W. King, Jr.*

Gerald W. King, Jr.
Ga. Bar No. 140981
Chief, Fourth Circuit Capital
Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Stephen Northup
VSB #16547
Troutman Pepper LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmanpepper.com

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

4

## CERTIFICATE OF SERVICE

I certify that on this 28th day of May, 2021, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

> Richard Cooke, Esq.
> U.S. Attorney's Office
> Eastern District of Virginia
> 2100 Jamison Avenue
> Alexandria, Virginia 22314
> Richard.Cooke@usdoj.gov

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Counsel for Richard Tipton, III

5