No. 20-10

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

IN RE RICHARD TIPTON, III,

Movant.

---

**CAPITAL CASE**

**APPENDIX 1 TO MOVANT'S UNOPPOSED MOTION**

**Correspondence and Execution Order for Brad Keith Sigmon from
the Supreme Court of South Carolina**



# The Supreme Court of South Carolina

DANIEL E. SHEAROUSE
CLERK OF COURT

BRENDA F. SHEALY
CHIEF DEPUTY CLERK

POST OFFICE BOX 11330
COLUMBIA, SOUTH CAROLINA
29211
1231 GERVAIS STREET
COLUMBIA, SOUTH CAROLINA 29201
TELEPHONE: (803) 734-1080
FAX: (803) 734-1499
www.sccourts.org

May 27, 2021

Megan Elizabeth Barnes, Esquire
900 Elmwood
Suite 200
Columbia SC 29201

Joshua Snow Kendrick, Esquire
PO Box 6938
Greenville SC 29606

Re:    The State v. Brad Keith Sigmon
       Appellate Case No. 2002-024388

Dear Counsel:

Based on the recent amendment to S.C. Code Ann. § 24-3-530, the State of South
Carolina, through the South Carolina Department of Corrections, has advised me
that it now has the ability to carry out the execution in this case. While I
understand that you dispute whether this is correct, this notification has dissolved
the stay under this Court's order dated February 4, 2021, and I now have a
ministerial duty to issue an execution notice in this case. *Roberts v. Moore*, 332
S.C. 488, 505 S.E.2d 593 (1998) ("We take this opportunity to state that it is a
ministerial duty of the Clerk of this Court to issue an execution notice pursuant to
[S.C. Code Ann.] §17-25-370."); *In Re Stays of Execution in Capital Cases*, 321
S.C. 544, 471 S.E.2d 140 (2020).

Enclosed is the execution notice that I have issued today.

Very truly yours,

CLERK

Enclosure

cc:   Donald J. Zelenka, Esquire
      Melody Jane Brown, Esquire
      Alan McCrory Wilson, Esquire
      Bryan Peter Stirling, Esquire
      Barton Jon Vincent, Esquire
      Daniel Clifton Plyler, Esquire

# The Supreme Court of South Carolina

The State, Respondent,

v.

Brad Keith Sigmon, Appellant.

Appellate Case No. 2002-024388

The Honorable Joseph J. Watson
Greenville County
Trial Court Case No. 2001GS2307629, 2001GS2307630,
2001GS2307631

---

## EXECUTION NOTICE

---

TO THE HONORABLE BRYAN P. STIRLING, DIRECTOR OF THE SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS:

This is to notify you that the sentence of death imposed in the above case from
which an appeal has been taken has been affirmed and finally disposed of by the
Supreme Court of South Carolina and the remittitur has been sent to the Clerk of
the Court of General Sessions of Greenville County.

IT IS, THEREFORE, required of you by Section 17-25-370 of the Code of Laws
of South Carolina to execute the judgment and sentence of death imposed on said
defendant on the fourth Friday after the service upon you or receipt of this notice.

Let a copy of this notice be served immediately upon the defendant.

CLERK

Columbia, South Carolina
May 27, 2021

cc:   Donald J. Zelenka, Esquire
       Melody Jane Brown, Esquire
       Megan Elizabeth Barnes, Esquire
       Joshua Snow Kendrick, Esquire
       Alan McCrory Wilson, Esquire
       Bryan Peter Stirling, Esquire
       Barton Jon Vincent, Esquire
       Daniel Clifton Plyler, Esquire