FILED: June 1, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-10
(3:92-cr-00068-DJN-1)

_____

In re: RICHARD TIPTON, a/k/a Whittey

      Movant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a response to the government's motion to remove application from abeyance and deny application to July 6, 2021.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk