No. 20-10

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

IN RE RICHARD TIPTON, III,

Movant.

---

**CAPITAL CASE**

**MOVANT'S UNOPPOSED MOTION FOR A SEVEN-DAY
EXTENSION OF TIME TO FILE HIS RESPONSE TO THE
GOVERNMENT'S MOTION TO REMOVE APPLICATION FROM
ABEYANCE AND DENY APPLICATION.**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure,

Movant Richard Tipton III, by and through undersigned counsel,

respectfully moves this Court to extend his time for filing a response to the

Government's motion to remove his application from abeyance and deny

his application by seven (7) days, through and until July 13, 2021. The

Government does not oppose this motion. This is Movant's second request

for an extension of time to file this pleading. In support of his motion,

Movant states as follows:

1.    Movant has applied for authorization to file a successive motion under 28 U.S.C. § 2255(h)(2) that challenges his convictions and sentences for using a firearm in violation of 18 U.S.C. § 924(c) in light of the Supreme Court's decision in *United States v. Davis*, __ U.S. __, 139 S. Ct. 2319 (2019), which has rendered them unconstitutional. (DE 2.)  On November 17, 2020, this Court entered an order placing Movant's application into abeyance pending its decision in *U.S. v. Juan Ortiz-Orellana*, No. 16-4844. (DE 24.)

2.    On May 24, 2021, the Government filed a motion to remove Movant's application from abeyance and deny his application.  (DE 25.) On May 28, 2021, Movant filed an unopposed motion for a thirty (30) day extension of time to file his response, through and until July 6, 2021, as the Supreme Court of South Carolina had scheduled the execution of one of lead counsel Gerald King's clients, Brad Keith Sigmon, for June 18, 2021. (DE 28.)  On June 1, 2021, this Court granted Movant's motion extending the time to file his response through and including July 6, 2021. (DE 29.) That same day, the Supreme Court of South Carolina scheduled the execution of another of Mr. King's clients, Freddie Owens, for June 25, 2021.

3.      Undersigned counsel hereby move this Court to extend Movant's time for filing that response by seven (7) days, through and until July 13, 2021.  Mr. King regrets having to ask for this additional time. While he and his co-counsel have worked diligently to complete Mr. Tipton's response within the time afforded by this Court, he has primary responsibility for this pleading, and has been unable to finish it due to his work on exigent issues for Mr. Sigmon and Mr. Owens—which included preparing executive clemency materials and litigating a method-of-execution challenge on their behalf and, after the Supreme Court of South Carolina's order vacating their execution dates on June 16, 2021, other emergent matters in their cases.  Mr. King has also had a number of pressing professional obligations in his other capital cases, and is finalizing the sale of his home in Georgia and preparing to move his family to North Carolina later this month.   Mr. King accordingly requests this brief extension to complete Mr. Tipton's response.

4.      Mr. King has conferred with counsel for the Government, Richard Cooke, and is authorized to state that the Government does not oppose this extension motion.

WHEREFORE, Movant Richard Tipton III respectfully prays that this Court extend his time to file his reply in support of his remand motion by seven (7) days, through and until July 13, 2021.

Respectfully submitted on this, the 2nd day of July, 2021.

*/s/ Gerald W. King, Jr.*

Gerald W. King, Jr.
Ga. Bar No. 140981
Chief, Fourth Circuit Capital
Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Pepper LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmanpepper.com

Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com

Counsel for Richard Tipton, III.

4

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July, 2021, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Counsel for Richard Tipton, III