FILED: July 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-10
(3:92-cr-00068-DJN-1)

_____

In re: RICHARD TIPTON, a/k/a Whittey

    Movant

_____

O R D E R

_____

Upon consideration of submissions relative to the government's motion to remove application from abeyance and deny application, the court grants the motion in part. The court removes this case from abeyance and directs the parties to file memorandum briefs addressing movant's application in light of this court's decision in *United States v. Ali*, 991 F.3d 561 (4th Cir. 2021).

Memorandum opening briefs of no more than 20 pages shall be filed by the movant and the government on or before August 5, 2021. Memorandum reply briefs of no more than 10 pages may be filed by the parties on or before August 12, 2021.

For the Court

/s/ Patricia S. Connor, Clerk