No. 20-10

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN RE RICHARD TIPTON, III,

Movant.

**CAPITAL CASE**

**MOVANT'S UNOPPOSED MOTION TO EXTEND THE SCHEDULE
FOR THE PARTIES' MEMORANDUM BRIEFS.**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Movant Richard Tipton III, by and through undersigned counsel, respectfully moves this Court to modify its order of July 26, 2021, and extend the schedule for the parties to file their memorandum opening and reply briefs by seven (7) days, making their opening briefs due on August 12, 2021, and their reply briefs due by August 19, 2021. Movant makes this request in light of undersigned counsel's ongoing move from Atlanta, Georgia, to Charlotte, North Carolina. The government does not oppose this motion. In support of his motion, Movant states as follows:

1.     Movant, a death-sentenced prisoner, has applied for authorization to file a successive motion under 28 U.S.C. § 2255(h)(2) that challenges his convictions and sentences for using a firearm in violation of 18 U.S.C. § 924(c) in light of the Supreme Court's decision in *United States v. Davis*, __ U.S. __, 139 S. Ct. 2319 (2019), which has rendered them unconstitutional. (DE 2.)

2.     On November 17, 2020, this Court entered an order placing Movant's application into abeyance pending its decision in *U.S. v. Juan Ortiz-Orellana*, No. 16-4844. (DE 24.)

3.     On May 24, 2021, the Government filed a motion to remove Movant's application from abeyance and deny his application. (DE 25.)

4.     Following extensions of time[1], Movant filed a response in opposition to the Government's motion on July 2, 2021. (DE 33.)

5.     On July 26, 2021, this Court entered an order granting the Government's motion in part, removing Movant's application from abeyance and directing the parties to file memorandum briefs addressing

---

[1]Movant sought extensions of time based upon the Supreme Court of South Carolina scheduling two of undersigned counsel's clients for execution. (DE 28, 30.)

2

movant's application in light of this Court's decision in *United States v. Ali*, 991 F.3d 561 (4th Cir. 2021).  (DE 33.)  This Court directed Movant and the Government to file memorandum opening briefs on or before August 5, and memorandum reply briefs on or before August 12, 2021.  *Id.*

6.   Undersigned counsel Gerald King hereby moves this Court to extend that briefing schedule by seven (7) days.  Mr. King is moving his family from Atlanta, Georgia, to Charlotte, N.C. later today and over this weekend, and the sale of his home in Georgia closes on August 4, 2021, necessitating several trips between those cities over this next week.

7.   As this Court's order contemplates the parties filing their briefs on the same dates, undersigned counsel proposes extending the schedule for both parties by one week.

8.   Mr. King has conferred with counsel for the Government, Richard Cooke, and is authorized to state that the Government does not oppose this extension motion.

WHEREFORE, Movant Richard Tipton III respectfully prays that this Court extend the schedule for the parties to file their memorandum opening and reply briefs by seven (7) days, making their opening briefs due on August 12, 2021, and their reply briefs due by August 19, 2021.

3

Respectfully submitted on this, the 30th day of July, 2021.


*/s/ Gerald W. King, Jr*
Gerald W. King, Jr.
Ga. Bar No. 140981
Chief, Fourth Circuit Capital
Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org


Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Stephen Northup
VSB #16547
Troutman Pepper LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240
(fax) (804) 698-5120
steve.northup@troutmanpepper.com


Frederick R. Gerson
VSB #39968
Durrette, Arkema, Gerson & Gill PC
Bank Of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
fgerson@dagglaw.com


Counsel for Richard Tipton, III.

4

## CERTIFICATE OF SERVICE

I certify that on this, the 30th day of July, 2021, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
Counsel for Richard Tipton, III

5