# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219


August 19, 2021


_____


DOCKET CORRECTION NOTICE

_____


No. 20-10,      <u>In re: Richard Tipton</u>
                3:92-cr-00068-DJN-1


TO:    Richard Tipton

FILING CORRECTION DUE:  August 20, 2021

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Incorrect event used. Please refile the memorandum reply brief using the "memorandum reply brief" entry.


Ashley Brownlee, Deputy Clerk
804-916-2704