FILED:  January 24, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-10
(3:92-cr-00068-DJN-1)

_____

In re: RICHARD TIPTON, a/k/a Whittey

     Movant

_____

O R D E R

_____

Movant has filed a motion for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court grants the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Floyd. Judge Wilkinson voted to deny the motion.

For the Court

/s/ Patricia S. Connor, Clerk